UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EARL LEE DIXIE,<br><br>    Petitioner,<br><br>v.<br><br>KENNETH HARRINGTON,<br><br>    Respondent. | No. ED CV 10-1026-R (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The final report and recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: November 28, 2011

                              HONORABLE MANUEL L. REAL<br>
                              UNITED STATES DISTRICT JUDGE