**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| EARL LEE DIXIE, ) | No.  ED CV 10-1026-R (PLA) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| KENNETH HARRINGTON, ) | |
| Respondent. ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  November 28, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE